# Third District Court of Appeal
## State of Florida

Opinion filed August 4, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-0082
Lower Tribunal No. F04-22267

————————

**Cordero Blair,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Jose L. Fernandez, Judge.

Law Office of Shlomi Presser, P.A., and Shlomi Presser (Fort Lauderdale), for appellant.

Ashley Moody, Attorney General, and Magaly Rodriguez, Assistant Attorney General, for appellee.

Before LOGUE, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.